Motion Granted; Appeal Dismissed and Memorandum
Opinion filed February 3, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00428-CV

____________

 

KCTC, INC., Appellant

 

V.

 

MARYLAND CASUALTY COMPANY, Appellee

 



 

On Appeal from the 269th District Court

Harris County, Texas

Trial Court Cause No. 2006-81204A

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 23, 2009.  On January 25, 2011, appellant
filed a motion to dismiss the appeal because the case has been settled.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Chief Justice Hedges and
Justices Frost and Christopher.